## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica   M. Uhler                                      CHAPTER 13

Debtor(s)

BKY. NO. 26-12997 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
04 Aug 2026, 09:12:22, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 038b103d1c1170db68f84b3017f9751552bace941244593838ebb33119ceca7e