# REQUEST FOR EXTENSION

**RE: JESSICA M. UHLER (Debtor)/Case No. 26-12997-amc/Chapter 13 In the United States Bankruptcy Court for The Eastern District of Pennsylvania**

**DATE: AUGUST 13, 2026**

---

Request for Extension for the following Documentation:

On Thursday, August 13, 2026: I, Jessica M. Uhler, is hereby requesting a 2-week extension from the Honorable, Chief Judge, Ashley M. Chan (Chief Judge of United States Bankruptcy Court) for the below two items:

1. Plan 3015.1-1 along with Bank Statements, Pay stubs and Tax Returns (as applicable)

   - At this time, I am working with Creditor/Mortgage Company Penny Mac to see what programs and/or payment plans are available, at this time. A year-to-date profit & loss form, financial hardship and circumstance letter have been forwarded. Once this process has been completed, an official 3015.1-1 will be put into the Court Report for payment plan(s). 3015.1-1 will be filed no later than Friday, September 4, 2026.

2. Financial Management Course

   - The Financial Management Course via Sage Personal Finance, Company will be completed by Friday, August 21, 2026. Debtor, Jessica Uhler, has already signed up and paid for necessary training.

Thank you in advance for your kind assistance in the above matter.

**Regards,**

**Jessica Uhler**

FILED

AUG 13 2026

CLERK OF COURT

BY ____ DEP. CLERK

PENNYMAC
P.O. Box 514387
Los Angeles, CA 90051-4387

**Notice Date:** July 20, 2026

**Loan Number:** 8011962777
**Bankruptcy Case Number:**
26-12997

Jessica Uhler
177 MEGAN CIR
ASTON PA 19014

D1010000012

GEND11 ▲ 000012
Kenneth E West
190 N Independence Mall W Ste 701
PHILADELPHIA PA 19106

**This is for informational purposes only**

## REGARDING YOUR LOAN

We are the servicer for the referenced mortgage loan, and we understand that the borrower(s) for this loan have filed for bankruptcy protection. This letter contains important information which may be of benefit.

## WHY YOU RECEIVED THIS NOTICE

Programs may be available to help the borrower(s) with any challenges faced with respect to the mortgage loan. If interested in learning more about these programs, please contact us at the toll-free number below. Please have the following information available when calling:

- Mortgage loan account number
- A brief explanation of the financial circumstances
- Verification of income (i.e., The two most recent pay stubs from employment or Social Security, disability, or unemployment benefits, and/or a year-to-date profit and loss form, if self- employed, etc.)
- A listing of monthly household expenses

**Toll-Free:** 866.545.9070
M – F 6:00 AM to 6:00 PM (PT)
SAT 7:00AM - 11:00AM PT
Toll-Free Fax: 866.577.7205

**Website: PENNYMAC.COM**
**Secure Messaging Online:**
Create an account and/or log in to PENNYMAC.COM,
then look for the Secured Message Center to communicate with us securely.

**Payments:**
**Standard Address:**
P.O. Box 30597
Los Angeles, CA 90030
**Overnight Address:**
Attn: Lockbox Operations
20500 Belshaw Ave.
Carson, CA 90746
(Please do not send correspondence)

**General Correspondence:**
Attn: Correspondence Unit
P.O. Box 514387
Los Angeles, CA 90051-4387
(Please do not send payments)
**Notice of Error and Information Request Address:**
Attn: Correspondence Unit
PO Box 950002
Fort Worth, TX 76155
**(Please do not send payments)**