*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Jessica M. Uhler<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−12997−amc<br><br>Chapter: 13 |

## <u>ORDER</u>

**AND NOW**,upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before ___August 27, 2026_ .

Date: Aug. 20, 2026

Ashely M. Chan
Chief Judge, United States Bankruptcy Court