IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
26-12997

DEBTOR(S):
JESSICA M UHLER

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $1,053.65

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
8/24/2026