Certificate Number: 05781-PAE-DE-041371158

Bankruptcy Case Number: 26-12997

05781-PAE-DE-041371158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 10:02 o'clock AM PDT, Jessica Uhler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 26, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President