Claim # 26-12997

## PROFIT & LOSS STATEMENT JANUARY 2026-AUGUST 2026

| | | TOTAL AMOUNT | AVERAGE MONTHLY | NOTES |
|---|---|---|---|---|
| **START PERIOD** | 1/1/2026 | | | |
| **END PERIOD** | 8/25/2026 | | | |
| Gross Income for Consulting & Hourly Training Manager | | $ 48,160.00 | $ 5,500.00 | Paid $35 / hour guranteed 38-40 hours per week<br>2026 Consulting and Audit Preparation Increasing to flat $250/hour and $5000 per Audit Certification |
| Reimbursed Gas/Tolls/Transportation | | $ 1,400.00 | | |
| Business Develolpment Logistics Sales Commission 5% Paid in Weekly Check Dispursement. Direct Deposit | | $ 500.00 | Varies. See notes. Will increase signifcantly in | Sales / Commission Checks will increase brought on 3-4 long term accounts in June 2026. |
| Jewelry & Gem Private Sales Income | | $ 15,732.00 | $2,000 | Profitability per order has increased by 30% end of May after Tariff issues improved. |
| Income from SSD / Robert Wojtowicz, Jr. Began 8/2025 upon SSD / SSI Acceptance | | $ 4,800.00 | $ 600.00 | Increasing to $800/month. October 2026 |
| **EXPENSES for Gems/Jewelry Items** | | | | |
| Inventory Purchases | | $ (3,200.00) | $ (400.00) | |
| Postage/Shipping | | $ (800.00) | $ (100.00) | |

1 of 2

Claim # 26-12997

| | | | |
|---|---|---|---|
| Miscellaneous / Tariff overage for imported items | $ (30.00) | $ - | Additional expense has been fixed. Reference end of 2025 for last qtr comparison |
| Supplies/Office | $ (800.00) | $ (100.00) | |
| Returns | $ - | $ - | |
| | | | |
| **EXPENSES as Consultant** | | | |
| Tolls | $ (520.00) | $ (65.00) | |
| Internet/Wifi | $ - | $ - | |
| Travel/Transportation/Gas | $ (400.00) | $ (50.00) | |
| | | | |
| 2026 Taxes for Consulting & Logistics Sales | $ (3,825.00) | | |
| | | | |
| **TOTAL NET INCOME/PROFIT** | **$ 61,017.00** | **$ 7,385.00** | |

**Certified True and Correct,** **Jessica M. Uhler**

**DATE:**

**Signature**

Enclosure(s): Sales Report (10 pages)
Bank Statements: Jan. 2026 - Aug. 1, 2026
Federal tax Returns: 2023, 2024

2 of 2

26-12997

# Sales Report

Merchant ID (encrypted): [redacted]
Time period: Jan 1, 2026 - Aug 26, 2026

## Overview

| | |
|---|---|
| Currency<br>**USD** | Total sales volume<br>**$15,732** |
| Total sales count<br>**311** | Average order value<br>**$50.59** |

## Daily summary

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Jan 1, 2026 | 0 | $0 | - |
| Jan 2, 2026 | 0 | $0 | - |
| Jan 3, 2026 | 2 | $85 | $42.5 |
| Jan 4, 2026 | 1 | $36.5 | $36.5 |
| Jan 5, 2026 | 2 | $27 | $13.5 |
| Jan 6, 2026 | 0 | $0 | - |
| Jan 7, 2026 | 4 | $158 | $39.5 |
| Jan 8, 2026 | 2 | $155.5 | $77.75 |
| Jan 9, 2026 | 2 | $88.5 | $44.25 |
| Jan 10, 2026 | 1 | $36.5 | $36.5 |
| Jan 11, 2026 | 0 | $0 | - |
| Jan 12, 2026 | 1 | $195 | $195 |
| Jan 13, 2026 | 2 | $43 | $21.5 |
| Jan 14, 2026 | 5 | $156 | $31.2 |
| Jan 15, 2026 | 2 | $36.5 | $18.25 |

26 12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Jan 16, 2026 | 0 | $0 | - |
| Jan 17, 2026 | 1 | $15 | $15 |
| Jan 18, 2026 | 1 | $45 | $45 |
| Jan 19, 2026 | 0 | $0 | - |
| Jan 20, 2026 | 0 | $0 | - |
| Jan 21, 2026 | 1 | $26.5 | $26.5 |
| Jan 22, 2026 | 0 | $0 | - |
| Jan 23, 2026 | 0 | $0 | - |
| Jan 24, 2026 | 0 | $0 | - |
| Jan 25, 2026 | 0 | $0 | - |
| Jan 26, 2026 | 0 | $0 | - |
| Jan 27, 2026 | 1 | $171.5 | $171.5 |
| Jan 28, 2026 | 2 | $69 | $34.5 |
| Jan 29, 2026 | 2 | $74 | $37 |
| Jan 30, 2026 | 0 | $0 | - |
| Jan 31, 2026 | 1 | $25 | $25 |
| Feb 1, 2026 | 0 | $0 | - |
| Feb 2, 2026 | 2 | $66 | $33 |
| Feb 3, 2026 | 1 | $46.5 | $46.5 |
| Feb 4, 2026 | 0 | $0 | - |
| Feb 5, 2026 | 1 | $90 | $90 |
| Feb 6, 2026 | 1 | $27.5 | $27.5 |
| Feb 7, 2026 | 0 | $0 | - |
| Feb 8, 2026 | 2 | $102 | $51 |
| Feb 9, 2026 | 2 | $52.5 | $26.25 |
| Feb 10, 2026 | 2 | $67.5 | $33.75 |
| Feb 11, 2026 | 0 | $0 | - |
| Feb 12, 2026 | 1 | $49 | $49 |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Feb 13, 2026 | 0 | $0 | - |
| Feb 14, 2026 | 0 | $0 | - |
| Feb 15, 2026 | 0 | $0 | - |
| Feb 16, 2026 | 0 | $0 | - |
| Feb 17, 2026 | 1 | $41 | $41 |
| Feb 18, 2026 | 2 | $128 | $64 |
| Feb 19, 2026 | 1 | $57 | $57 |
| Feb 20, 2026 | 0 | $0 | - |
| Feb 21, 2026 | 0 | $0 | - |
| Feb 22, 2026 | 1 | $57 | $57 |
| Feb 23, 2026 | 0 | $0 | - |
| Feb 24, 2026 | 3 | $266 | $88.67 |
| Feb 25, 2026 | 1 | $82 | $82 |
| Feb 26, 2026 | 1 | $38 | $38 |
| Feb 27, 2026 | 2 | $149.5 | $74.75 |
| Feb 28, 2026 | 0 | $0 | - |
| Mar 1, 2026 | 1 | $37 | $37 |
| Mar 2, 2026 | 0 | $0 | - |
| Mar 3, 2026 | 1 | $30 | $30 |
| Mar 4, 2026 | 2 | $54 | $27 |
| Mar 5, 2026 | 0 | $0 | - |
| Mar 6, 2026 | 0 | $0 | - |
| Mar 7, 2026 | 0 | $0 | - |
| Mar 8, 2026 | 0 | $0 | - |
| Mar 9, 2026 | 1 | $4 | $4 |
| Mar 10, 2026 | 0 | $0 | - |
| Mar 11, 2026 | 1 | $10 | $10 |
| Mar 12, 2026 | 1 | $30 | $30 |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Mar 13, 2026 | 0 | $0 | - |
| Mar 14, 2026 | 1 | $300 | $300 |
| Mar 15, 2026 | 0 | $0 | - |
| Mar 16, 2026 | 0 | $0 | - |
| Mar 17, 2026 | 0 | $0 | - |
| Mar 18, 2026 | 2 | $92 | $46 |
| Mar 19, 2026 | 0 | $0 | - |
| Mar 20, 2026 | 0 | $0 | - |
| Mar 21, 2026 | 0 | $0 | - |
| Mar 22, 2026 | 2 | $59 | $29.5 |
| Mar 23, 2026 | 0 | $0 | - |
| Mar 24, 2026 | 0 | $0 | - |
| Mar 25, 2026 | 0 | $0 | - |
| Mar 26, 2026 | 4 | $259 | $64.75 |
| Mar 27, 2026 | 2 | $94 | $47 |
| Mar 28, 2026 | 1 | $32 | $32 |
| Mar 29, 2026 | 1 | $91 | $91 |
| Mar 30, 2026 | 0 | $0 | - |
| Mar 31, 2026 | 1 | $97 | $97 |
| Apr 1, 2026 | 1 | $27 | $27 |
| Apr 2, 2026 | 5 | $271 | $54.2 |
| Apr 3, 2026 | 1 | $60 | $60 |
| Apr 4, 2026 | 1 | $75 | $75 |
| Apr 5, 2026 | 0 | $0 | - |
| Apr 6, 2026 | 2 | $132 | $66 |
| Apr 7, 2026 | 2 | $99 | $49.5 |
| Apr 8, 2026 | 0 | $0 | - |
| Apr 9, 2026 | 2 | $137 | $68.5 |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Apr 10, 2026 | 6 | $203.5 | $33.92 |
| Apr 11, 2026 | 0 | $0 | - |
| Apr 12, 2026 | 3 | $194 | $64.67 |
| Apr 13, 2026 | 2 | $30 | $15 |
| Apr 14, 2026 | 0 | $0 | - |
| Apr 15, 2026 | 0 | $0 | - |
| Apr 16, 2026 | 0 | $0 | - |
| Apr 17, 2026 | 0 | $0 | - |
| Apr 18, 2026 | 0 | $0 | - |
| Apr 19, 2026 | 0 | $0 | - |
| Apr 20, 2026 | 0 | $0 | - |
| Apr 21, 2026 | 0 | $0 | - |
| Apr 22, 2026 | 1 | $25 | $25 |
| Apr 23, 2026 | 4 | $112.9 | $28.23 |
| Apr 24, 2026 | 3 | $101 | $33.67 |
| Apr 25, 2026 | 2 | $135 | $67.5 |
| Apr 26, 2026 | 2 | $115 | $57.5 |
| Apr 27, 2026 | 2 | $39 | $19.5 |
| Apr 28, 2026 | 0 | $0 | - |
| Apr 29, 2026 | 0 | $0 | - |
| Apr 30, 2026 | 2 | $109 | $54.5 |
| May 1, 2026 | 2 | $47.5 | $23.75 |
| May 2, 2026 | 1 | $15 | $15 |
| May 3, 2026 | 1 | $23.5 | $23.5 |
| May 4, 2026 | 2 | $35.5 | $17.75 |
| May 5, 2026 | 1 | $27.5 | $27.5 |
| May 6, 2026 | 3 | $124.5 | $41.5 |
| May 7, 2026 | 5 | $134.5 | $26.9 |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| May 8, 2026 | 1 | $22.5 | $22.5 |
| May 9, 2026 | 3 | $249 | $83 |
| May 10, 2026 | 2 | $36 | $18 |
| May 11, 2026 | 3 | $98.5 | $32.83 |
| May 12, 2026 | 2 | $58 | $29 |
| May 13, 2026 | 0 | $0 | - |
| May 14, 2026 | 3 | $165 | $55 |
| May 15, 2026 | 1 | $32.5 | $32.5 |
| May 16, 2026 | 1 | $70.5 | $70.5 |
| May 17, 2026 | 4 | $230 | $57.5 |
| May 18, 2026 | 1 | $8 | $8 |
| May 19, 2026 | 0 | $0 | - |
| May 20, 2026 | 1 | $47.5 | $47.5 |
| May 21, 2026 | 0 | $0 | - |
| May 22, 2026 | 2 | $35 | $17.5 |
| May 23, 2026 | 2 | $180 | $90 |
| May 24, 2026 | 2 | $68 | $34 |
| May 25, 2026 | 1 | $65.5 | $65.5 |
| May 26, 2026 | 3 | $129 | $43 |
| May 27, 2026 | 1 | $18 | $18 |
| May 28, 2026 | 2 | $268 | $134 |
| May 29, 2026 | 2 | $89 | $44.5 |
| May 30, 2026 | 1 | $53 | $53 |
| May 31, 2026 | 1 | $107.5 | $107.5 |
| Jun 1, 2026 | 5 | $258.5 | $51.7 |
| Jun 2, 2026 | 0 | $0 | - |
| Jun 3, 2026 | 6 | $192 | $32 |
| Jun 4, 2026 | 2 | $30.5 | $15.25 |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Jun 5, 2026 | 0 | $0 | - |
| Jun 6, 2026 | 0 | $0 | - |
| Jun 7, 2026 | 3 | $171.6 | $57.2 |
| Jun 8, 2026 | 0 | $0 | - |
| Jun 9, 2026 | 1 | $25 | $25 |
| Jun 10, 2026 | 1 | $45.5 | $45.5 |
| Jun 11, 2026 | 2 | $178 | $89 |
| Jun 12, 2026 | 0 | $0 | - |
| Jun 13, 2026 | 2 | $108.5 | $54.25 |
| Jun 14, 2026 | 1 | $39.5 | $39.5 |
| Jun 15, 2026 | 2 | $39.5 | $19.75 |
| Jun 16, 2026 | 2 | $96 | $48 |
| Jun 17, 2026 | 2 | $42.5 | $21.25 |
| Jun 18, 2026 | 0 | $0 | - |
| Jun 19, 2026 | 0 | $0 | - |
| Jun 20, 2026 | 2 | $57.5 | $28.75 |
| Jun 21, 2026 | 2 | $87 | $43.5 |
| Jun 22, 2026 | 3 | $170.5 | $56.83 |
| Jun 23, 2026 | 0 | $0 | - |
| Jun 24, 2026 | 1 | $62.5 | $62.5 |
| Jun 25, 2026 | 2 | $115.5 | $57.75 |
| Jun 26, 2026 | 1 | $15 | $15 |
| Jun 27, 2026 | 0 | $0 | - |
| Jun 28, 2026 | 0 | $0 | - |
| Jun 29, 2026 | 2 | $47 | $23.5 |
| Jun 30, 2026 | 2 | $65.5 | $32.75 |
| Jul 1, 2026 | 1 | $137.5 | $137.5 |
| Jul 2, 2026 | 0 | $0 | - |

26-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Jul 3, 2026 | 1 | $113 | $113 |
| Jul 4, 2026 | 1 | $24.5 | $24.5 |
| Jul 5, 2026 | 2 | $85 | $42.5 |
| Jul 6, 2026 | 5 | $337.5 | $67.5 |
| Jul 7, 2026 | 0 | $0 | - |
| Jul 8, 2026 | 2 | $82 | $41 |
| Jul 9, 2026 | 0 | $0 | - |
| Jul 10, 2026 | 2 | $95 | $47.5 |
| Jul 11, 2026 | 2 | $72.5 | $36.25 |
| Jul 12, 2026 | 0 | $0 | - |
| Jul 13, 2026 | 2 | $205 | $102.5 |
| Jul 14, 2026 | 0 | $0 | - |
| Jul 15, 2026 | 2 | $122 | $61 |
| Jul 16, 2026 | 2 | $411 | $205.5 |
| Jul 17, 2026 | 2 | $32.5 | $16.25 |
| Jul 18, 2026 | 4 | $188.5 | $47.13 |
| Jul 19, 2026 | 2 | $59 | $29.5 |
| Jul 20, 2026 | 2 | $63 | $31.5 |
| Jul 21, 2026 | 2 | $96.5 | $48.25 |
| Jul 22, 2026 | 3 | $93 | $31 |
| Jul 23, 2026 | 0 | $0 | - |
| Jul 24, 2026 | 2 | $50 | $25 |
| Jul 25, 2026 | 2 | $40 | $20 |
| Jul 26, 2026 | 2 | $115 | $57.5 |
| Jul 27, 2026 | 0 | $0 | - |
| Jul 28, 2026 | 1 | $122.5 | $122.5 |
| Jul 29, 2026 | 0 | $0 | - |
| Jul 30, 2026 | 1 | $30 | $30 |

20-12997

| Date | Total sales count | Total sales volume | Average order value |
|---|---|---|---|
| Jul 31, 2026 | 4 | $89.5 | $22.38 |
| Aug 1, 2026 | 0 | $0 | - |
| Aug 2, 2026 | 0 | $0 | - |
| Aug 3, 2026 | 2 | $91.5 | $45.75 |
| Aug 4, 2026 | 1 | $69 | $69 |
| Aug 5, 2026 | 4 | $122 | $30.5 |
| Aug 6, 2026 | 0 | $0 | - |
| Aug 7, 2026 | 0 | $0 | - |
| Aug 8, 2026 | 0 | $0 | - |
| Aug 9, 2026 | 2 | $570 | $285 |
| Aug 10, 2026 | 3 | $157.5 | $52.5 |
| Aug 11, 2026 | 0 | $0 | - |
| Aug 12, 2026 | 1 | $47.5 | $47.5 |
| Aug 13, 2026 | 2 | $55 | $27.5 |
| Aug 14, 2026 | 0 | $0 | - |
| Aug 15, 2026 | 1 | $22.5 | $22.5 |
| Aug 16, 2026 | 2 | $163.5 | $81.75 |
| Aug 17, 2026 | 4 | $123 | $30.75 |
| Aug 18, 2026 | 3 | $121 | $40.33 |
| Aug 19, 2026 | 2 | $114 | $57 |
| Aug 20, 2026 | 0 | $0 | - |
| Aug 21, 2026 | 2 | $200 | $100 |
| Aug 22, 2026 | 5 | $283 | $56.6 |
| Aug 23, 2026 | 1 | $398 | $398 |
| Aug 24, 2026 | 3 | $113 | $37.67 |
| Aug 25, 2026 | 3 | $79 | $26.33 |
| Aug 26, 2026 | 4 | $234.5 | $58.63 |
| **Total** | **311** | **$15,732** | **$50.59** |