**DATE: 9.03.2026**

FILED

2026 SEP -4 A 9:07

U.S. BANKRUPTCY COURT

**RE: JESSICA UHLER CHAPTER 13 ID #26-12997**

**ADDENDUM TO CERTIFICATION OF NO. PAYMENT ADVICE**

Please be advised that my regular source of income changed from weekly payments as a registered employee as Business Director of Implementation and Sales to a Consultant of Implementation, Sales and Audit Preparation / Training because of a Cancer Diagnosis in October 2024. From October 2024 thru December 2025, I was under the care of Univ of Penn Oncology for Malignant Melanoma. After surgery and radiation, I am cancer free. However, under mandatory review every 3 months.

In addition, August 2025, my partner Robert A. Wojtowicz, Jr was awarded SSD disability after a two (2) year struggle for approval. Currently, Robert A. Wojtowicz, Jr a member of 177 Megan Circle Aston PA 19014 household pays 'rent' in the amount of $600.00 per month. He also contributes to the expenses of the house. A verification/certification page signed by Robert along with a copy of his SSD letter will be uploaded with my Business / Household Profit / Loss information.

My weekly pay as an Independent Consultant with Coast Global Corp and Loyalty Delivers, Logistics/Rocksteady, is deposited directly into my Wells Fargo account on a 1099 basis. I am guaranteed 40 hours a week at $35/hour.

In addition, January 2026, I started by own online jewelry / craft business that averages between $1000-$1500 income per month. The income and expenses from this source are evaluated monthly and will be listed on my Business Report uploaded to BK Docs.

***Certified True & Correct,***

Jessica Uhler 9.3.26

***Jessica Uhler***

Page 2 of 2